UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MARK MAJOR and MICHAEL MAJOR,

    Plaintiffs,

    v.

MARK D. HODGSON, MAXEY LAW OFFICE, ANDREW C. BOHRNSEN, STOCKER SMITH LUCIANI & STAUB PLLC,

    Defendants.

NO. CV-09-242-EFS

**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS AND MOTION FOR SANCTIONS**

This case is the latest in a series of cases these Plaintiffs have brought against these Defendants. Plaintiffs allege Defendants conspired with judges to deprive them of their civil rights through the judicial system. (Ct. Rec. 1.) Plaintiffs sued Defendants in state court twice: once before the Honorable David Frazier of Spokane County Superior Court, and after this case was dismissed, for a second time in front of the Honorable Tari Eitzen of Spokane County Superior Court, who also dismissed Plaintiffs' case. *Id.* at 4-8.

Subsequently, Plaintiffs sued Defendants twice in federal court: 08-CV-0269-RHW; and 09-CV-140-FVS. In the first case, the Honorable Robert Whaley held that the complaint failed to state a claim under 42 U.S.C. § 1983 and that the court lacked subject-matter jurisdiction over

ORDER * 1

Plaintiffs' claims. (08-CV-0269-RHW, Ct. Rec. 76). In the second case, the Honorable Fred Van Sickle made similar findings and determined that Plaintiffs' claims were frivolous and filed in order to harass Defendants. Consequently, Judge Van Sickle awarded Defendants their attorneys' fees under Federal Rule of Civil Procedure 11. (09-CV-140-FVS, Ct. Rec. 44 at 11.) Judge Van Sickle ruled that Plaintiffs are vexatious litigants, and prohibited them from filing any further actions against these Defendants in this district. *Id.*

A district court has discretion to dismiss a complaint for failure to comply with a court's order. *In re Fillbach*, 223 F.3d 1089, 1090 (9th Cir. 2000). Plaintiffs' claims have previously been determined as frivolous multiple times and, as a result, Plaintiffs were held to be vexatious litigants. As such, Plaintiffs were barred from filing further complaints against Defendants in this district. Plaintiffs defied Judge Van Sickle's order by bringing this case. Accordingly, the Court finds good cause to grant Defendants' Motion to Dismiss.

Because Plaintiffs continue to file claims against Defendants in bad faith, Defendants are forced to continue responding. This is now the fifth identical frivolous case in which Defendants had to file responses. The Court therefore holds that Defendants are entitled to their costs and reasonable attorneys' fees incurred in defending this case. Imposition of sanctions in state and federal court has not deterred Plaintiffs from bringing frivolous claims in the past, however. And Plaintiffs not only filed a frivolous complaint, but flouted a direct court order not to file any more cases against these Defendants. Accordingly, the Court finds that additional contempt sanctions are warranted beyond mere attorneys' fees.

ORDER * 2

For the reasons given above, **IT IS HEREBY ORDERED**:

1. Defendants' Joint Motion to Dismiss **(Ct. Rec. 7)** is **GRANTED**.

2. Plaintiffs' Motion for Partial Summary Judgment **(Ct. Rec. 10)** is **DENIED AS MOOT.**

3. Defendants' Joint Motion for Sanctions **(Ct. Rec. 16)** is **GRANTED**. Defendants are entitled to their costs and reasonable attorneys' fees incurred for the defense of this action. Defendants shall file appropriate documentation concerning costs and attorneys' fees by **November 11, 2009**.

4. As a sanction for violating Judge Van Sickle's order not to file additional claims against these Defendants, Plaintiffs shall pay a total of $5000.00 to Defendants, in the form of four (4) checks of $1875.00 each, in addition to Defendants' costs and attorneys' fees. These checks shall be mailed to Defendants **no later than November 23, 2009**. Also by this date, Plaintiffs shall file an electronic notice with the Court indicating their compliance with this Order.

5. The Court will delay entering judgment in Defendants' favor until after sanctions have been paid.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide a copy to counsel and Plaintiffs.

**DATED** this ___21st___ day of October 2009.

　　　　　　　　　　　　　　s/Edward F. Shea
　　　　　　　　　　　　　　EDWARD F. SHEA
　　　　　　　　　　　United States District Judge

Q:\Civil\2009\242.dismiss.wpd

ORDER * 3