# UNITED STATES DISTRICT COURT
### Eastern District of Washington

MARK MAJOR and MICHAEL MAJOR,

        Plaintiffs,

JUDGMENT IN A CIVIL CASE

        v.

MARK D. HODGSON, MAXEY LAW OFFICE,
ANDREW C. BOHRNSEN, STOCKER SMITH LUCIANI
& STAUB PLLC,

CASE NUMBER: CV-09-242-EFS

        Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants' pursuant to the Court's order entered on October 23, 2009, Ct. Rec. 32.

| | |
|---|---|
| October 23, 2009 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |